# In the United States Court of Federal Claims

No. 20-1960C
(E-Filed: April 29, 2021)

|  |  |
|---|---|
| JAF SUPPLY, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

On April 9, 2021, the court issued a show cause order directing plaintiff to respond by April 23, 2021, indicating why this case should not be dismissed for failure to comply with the court's March 16, 2021 order, which directed plaintiff to file a notice indicating whether it consented to referral of this case to the Court of Federal Claims Bar Association Pro Bono/Attorney Referral Pilot Program, ECF No. 12. See ECF No. 13. In addition, the show cause order gave notice that should plaintiff fail to meet this deadline, "this case may be dismissed for failure to prosecute under [Rule 41 of the Rules of the United States Court of Federal Claims (RCFC)], with prejudice." Id. at 2.

To date, plaintiff has not responded to the show cause order or filed a notice indicating whether it consents to referral to the Court of Federal Claims Bar Association Pro Bono/Attorney Referral Pilot Program, and remains unrepresented in violation of RCFC 83.1.

Accordingly, because plaintiff has failed to comply with the court's show cause order, the clerk's office is directed to **ENTER** final judgment **DIMISSING** plaintiff's complaint with prejudice for failure to prosecute pursuant to RCFC Rule 41.

IT IS SO ORDERED.

s/*Patricia E. Campbell-Smith*
PATRICIA E. CAMPBELL-SMITH
Judge